E. MARTIN ESTRADA
United States Attorney                                                    JS-6
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ANGELA THORNTON-MILLARD, IABN 17922
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel: (816) 936-5079
    E-mail: angela.thornton-millard@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| SANDRA ANN WHITTINGTON,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>Defendant. | No. 5:24-cv-01020-RAO<br><br>[~~PROPOSED~~]<br>JUDGMENT OF REMAND |

1 | The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) and for Entry of Judgment in Favor of Plaintiff ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 9/11/2024

_____
HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

2